UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TOMMY GRIFFIN,

    Plaintiff,

v.                                          Case No. 5:23-cv-286-MCR-MJF

JASON PARKE, *et al.*,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

    This case has dragged on for months due to Plaintiff's repeated delays in complying with court orders. Plaintiff, a Florida prisoner proceeding *pro se*, initiated this lawsuit on November 2, 2023, by filing a civil rights complaint. Doc. 1. After several months of delay due to Plaintiff's failure to pay the filing fee or file a complete application for leave to proceed *in forma pauperis*, Plaintiff ultimately filed the required application and was granted leave to proceed *in forma pauperis* on March 22, 2024. Doc. 10.

    On April 18, 2024, the undersigned ordered Plaintiff to provide the clerk of court with three service copies of his complaint. Doc. 11. In

response, Plaintiff filed a "Notice to Clerk" stating that he did not have a copy of his complaint and that the clerk of court could "charge" his inmate account for the cost of making the copies for him. Doc. 12 at 1.

On May 8, 2024, the undersigned informed Plaintiff that (1) the court could not advance him the copying cost by imposing a lien on his inmate account; (2) no litigant—even prisoner-litigants and litigants proceeding *in forma pauperis*—is entitled to free copies of court documents, including the litigant's own pleadings; and (3) if Plaintiff was unable to *prepay* the copying cost, he must file an amended complaint and, this time, keep a copy of the pleading. Doc. 13 at 1-3. The undersigned set a compliance deadline of June 5, 2024 for Plaintiff to submit to the court a $21.00 payment for copying his original complaint, or file an amended complaint. *Id.* at 4-5. The undersigned warned Plaintiff that failure to comply with the order likely would result in this case being dismissed. *Id.* at 5.

To date, Plaintiff has not complied with the order dated April 18, 2024, the order dated May 8, 2024, or the 14-day show-cause order entered on June 24, 2024. *See* Doc. 14.

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This action be **DISMISSED** without prejudice for Plaintiff's failure to comply with court orders.[1]

2. The clerk of court be directed to close this case file.

At Panama City, Florida, this 24th day of July, 2024.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

## NOTICE TO THE PARTIES

**The District Court referred this case to the undersigned to make recommendations regarding dispositive matters.** *See* **28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b). Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the report and recommendation. Any different deadline that may appear on the electronic docket is for the court's**

---

[1] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order"). Dismissal of this case will not preclude Plaintiff from re-filing his claims in the near future insofar as the events giving rise to his claims allegedly occurred on August 1, 2021. Doc. 1.

**internal use only.** **A party must serve a copy of any objections on all other parties. A party who fails to object to this report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**