UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TOMMY GRIFFIN,

    **Plaintiff,**

v.                                                                Case No.  5:23-cv-286-MCR-MJF

JASON PARKE, et al.,

    **Defendants**.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on July 24, 2024, ECF No. 15. Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 15, is adopted and incorporated by reference into this Order.

2. This action is **DISMISSED** without prejudice for Plaintiff's failure to comply with court orders.

3. The clerk of court will enter judgment accordingly and close this case file.

**DONE AND ORDERED** this 25th day of September 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**